# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLON LORENZO BROWN,
               Appellant,
       vs.
THE STATE OF NEVADA,
               Respondent.

No. 77806

FILED

MAR 13 2019



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a "decision entered in this action on the 29th day of October, 2018 denying Defendant's Motion for Rehearing of Sentence." Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

The district court docket entries do not indicate that any order denying a motion for rehearing of sentence was entered on October 29, 2018, or any other date. Moreover, no statute or court rule provides for an appeal from an order denying a motion for rehearing of sentence. Appellant's contention that *Geary v. State*, 112 Nev. 1434, 930 P.2d 719 (1996), *clarified on rehearing by Geary v. State*, 114 Nev. 110, 952 P.2d 431 (1998), allows for an appeal of such an order lacks merit. And this court declines to address appellant's assertion that the order is appealable pursuant to the reasoning of *Hargrove v. State*, 100 Nev. 498, 686 P.2d 222 (1984), because counsel fails to support the assertion with cogent argument. *See Maresca v. State*, 103 Nev. 669, 673, 748 P.2d 3, 6 (1987). Accordingly, as appellant fails to demonstrate that the order identified in the notice of appeal is

19-11062

appealable pursuant to statute or court rule, this court lacks jurisdiction, *see Trujillo v. State*, 129 Nev. 706, 718, 310 P.3d 594, 602 (2103); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990), and

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc:    Hon. Michelle Leavitt, District Judge
       Mueller Hinds & Associates
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A